**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**
**2019 TERM**

BOARD OF TRUSTEES OF THE
INDIANA LABORERS WELFARE FUND,
          Plaintiff,

VS.                                CAUSE NO. 2:18-cv-00318-JMS-DLP

VEDANTA LABORATORIES, INC.
          Defendant.

## MOTION FOR DEFAULT JUDGMENT ON SUM CERTAIN

**To the Clerk of the U.S. District Court for the Southern District of Indiana:**

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and supported by the affidavit attached hereto, Plaintiff requests that the clerk enter judgment by default against Vedanta Laboratories, Inc., Defendant in the above-entitled action, for One Thousand Eight Hundred Forty-One Dollars and 56/100 ($1,841.56) plus costs.

          Respectfully submitted,

          WRIGHT, SHAGLEY & LOWERY, P.C.
          500 Ohio Street
          P.O. Box 9849
          Terre Haute, IN 47808
          Phone:   (8l2) 232-3388
          Fax #:   (812) 232-8817

          /S/Richard J. Shagley II
             Richard J. Shagley II (#23135-84)
             Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2019, a copy of the foregoing document was filed electronically.   Notice of this filing will be sent to the following person's last known address via first class United States mail:

Vedanta Laboratories, Inc.
c/o CSC – Lawyers Incorporating Service
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

          /S/     Richard J. Shagley II
              Richard J. Shagley II, #23135-84