UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INDIANA LABORERS WELFARE FUND, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )    No. 2:18-cv-00318-JMS-DLP ) |
| VEDANTA LABORATORIES, INC., | ) ) |
| Defendant. | ) |

## **ORDER**

Presently pending before the Court is a Motion for Default Judgment Against Defendant Vedanta Laboratories, Inc. filed by the Board of Trustees of the Indiana Laborers Welfare Fund (the "Fund"). [Filing No. 10.]  The Clerk entered default against Defendant pursuant to Federal Rule of Civil Procedure 55(a) on September 20, 2018.  [Filing No. 8.]  The Fund now asks the Court to enter default judgment in its favor and against Defendant in the amount of $1,841.56 plus costs.  [Filing No. 10.]

In support of its motion, the Fund submits the Affidavit of Melissa Wade, the Fund's administrative coordinator, attesting to the amount owed by Defendant, and stating that the Fund has incurred $400.00 in costs.  [Filing No. 10-1.]

The time for Defendant to respond to the Fund's Motion has expired.  *See* S.D. Ind. L.R. 7-1(c)(2).  The Court, having considered the Fund's Motion and supporting documents, and being duly advised, finds that a hearing is unnecessary and **GRANTS** the Fund's Motion [10].  The Court enters **DEFAULT JUDGMENT** pursuant to Federal Rule of Civil Procedure 55(b) in favor of the Fund and against Defendant in the amount of **$1,841.56** plus **$400.00** in costs.  Final judgment shall enter accordingly.

Date: 5/14/2019

_[signature: Jane Magnus-Stinson]_

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

**<u>Distribution via ECF only to all counsel of record.</u>**