UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE INDIANA LABORERS WELFARE FUND, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 2:18-cv-00318-JMS-DLP |
| VEDANTA LABORATORIES, INC., ) ) | |
| Defendant. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

Having entered default judgment in favor of Plaintiff and against Defendant pursuant to Federal Rule of Civil Procedure 55(b), the Court now enters **FINAL JUDGMENT** pursuant to Federal Rule of Civil Procedure 58 in favor of the Plaintiff in the amount of amount of **$1,841.56** plus **$400.00** in costs.

Date: 5/14/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk
BY: _____
Deputy Clerk, U.S. District Court

**Distribution via ECF only to all counsel of record**